IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:98-CR-00326 |
| v. | (Chief Judge Brann) |
| FREDERICK DEBERRY, | |
| Defendant. | |

### ORDER

JULY 3, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. DeBerry's petition for a writ of error coram nobis (Doc. 28) is **DENIED**; and

2. Because the Government timely responded to DeBerry's petition, his motion for default judgment (Doc. 36) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge